

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2015

No. 04-14-00304-CV

Jay Marc **HARRIS**,
Appellant

v.

**FIESTA TEXAS, INC.,** d/b/a Six Flags-Fiesta Texas, and Six Flags Corporation,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08096
Honorable Richard Price, Judge Presiding

## O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court